UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CATHERINE M. DAVIS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Cause No. 1:14-cv-657-WTL-DML |
| UNITED RECOVERY SYSTEMS, LP, a Texas limited partnership, | ) ) ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

The Court having this day granted the Defendant's motion for judgment on the pleadings, judgment is hereby entered in favor of the Defendant.

SO ORDERED: 11/03/14

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.